Hon. Ellen Burns
U.S. District Judge
District of Connecticut
United States Courthouse
141 Church Street
New Haven, Connecticut 06510



Re: United States of America v. Alan Haller; Docket No. 3: 03CR169 (EEB)

Dear Judge Ellen Burns:

I respectfully request that you consider this letter a formal request for an early termination of my probation. I am informed that you have the authority to grant an early termination pursuant to Title 18 Section 3364 of the United States Code. I am not a lawyer, and I simply cannot afford to hire one. I hope that you will accept this letter in lieu of some sort of formal motion.

In September 2003 I appeared before you, and a sentence of two years of detention followed by three years of probation was entered. December 2006 marks the 18th month of my 36 months of probation. Normal expiration of my probationary period would be June 2008.

When you pronounced the sentence in my case, you expressed concern about the fact that the government had agreed to cap the prison sentence that might be forthcoming in the case against Mr. Tariq Ahmed, who was the party that manipulated the export of the yoke that had caused this matter to come before you. That cap was twenty four months, the same prison sentence imposed on me.

Your concerns have proven to be well-taken. Since I was released from incarceration, I have desperately sought meaningful employment, only to be turned down as soon as I reported my supervisory status, as I am required to do. Enclosed are copies of some of the rejection letters, showing that I have not sat idly by but that employers are very reluctant to hire me while in my present status. In numerous other instances no one even bothered to send me a letter.

In the meantime, my family's situation has deteriorated. My mother turns 87 this coming February. This means that someone else will have to continually run errands, shop for her, and take her to medical appointments.

While imprisoned I was diagnosed with and underwent surgery for prostate cancer. This condition needs regular post operative monitoring. I was issued hearing aids during my confinement because my hearing became significantly impaired and remains so. I

desperately need to obtain some sort of employment that includes insurance benefits. My wife has a vocal cord disability. Her speech is impaired. Costly larynx botox injections are needed on a regular basis. Health insurance is essential to both of us. No employer I have talked to that offers such benefits even takes a second look at me after I tell them I'm on probation.

My offense was not that I was shipping some sort of contraband munitions to an enemy state, but that a yoke commonly used in both commercial vehicles and troop carriers that the United States has sold world wide for over 30 years was exported from and through my company without the requisite license for that item. While I accept full responsibility for that misdeed it is not as though I have been selling arms to terrorists, which is what each prospective employer seems to think when I try to explain matters. Moreover, as the attached news article shows, it seems that the government is now rethinking the export controls it has placed on certain items, acknowledging the overly restrictive nature of those controls. If those controls are amended as the article indicates, it is quite possible that what I was convicted for would no longer be a violation of the law.

My company, started by my grandfather, has been destroyed. Thus, there is no export-import business for me to go back to, even if I wanted to, which I can assure you I don't and never will.

When I left the FDC in Miami, I came to work at a church in Polk County Florida. The church has no budget to retain me as a paid employee, yet I continue to perform full time volunteer services. From here I do my job search. The current policy of the Middle District is to withhold permission to travel outside the district unless one has actual (paying) employment. The only exceptions are for emergencies. My family resides just outside the district. Termination of the probationary period would also permit me the freedom to re-join my family, something that really matters during holidays.

It seems to me that the only result that will obtain if I am required to serve out my full term of probation will be to prohibit me from finding the employment I need to support my family and myself, and obtain the health coverage we need to survive the oncoming years.

I appreciate all the consideration you may care to give this request. If you need anything further from me I will be only too happy to comply with any request.

Sincerely,

[signature]