UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:03CR169(EBB) |
| ALAN HALLER | : |

RULING ON MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE

Defendant has moved for early termination of his supervised release term alleging he has been unable to obtain employment because of his supervisory status. His request is opposed by his supervising probation officer and the United States Attorney's Office.

The court has been informed that in January, 2007, defendant obtained employment at a local community college assisting in its computer lab.

Accordingly, the motion is denied.


SO ORDERED.


_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_\_ day of February, 2007.